## CONNOR v. KIMBALL.†

(Circuit Court of Appeals, Eighth Circuit. March 31, 1911.)

No. 2,757.

Appeal from the Circuit Court of the United States for the Eastern District of Arkansas.

Bill by Eben W. Kimball, receiver, against Charles M. Connor. Judgment for plaintiff, and defendant appeals. Reversed, and bill dismissed.

T. D. Crawford (Dan W. Jones, W. S. McCain, John H. Hamiter, and C. T. Coleman, on the brief), for appellant.

George B. Rose and J. A. Comer (U. M. Rose, W. E. Hemingway, D. H. Cantrell, and J. F. Loughborough, on the brief), for appellee.

Before VAN DEVANTER, Circuit Judge, now Circuit Justice, and ADAMS, Circuit Judge.

ADAMS, Circuit Judge. This suit was brought by Kimball, receiver, appointed in the case of Street Grading District No. 60 of Little Rock, Arkansas, v. William J. Hagadorn et al. (just decided) 186 Fed. 451, to collect from a landowner the assessments made against his land pursuant to the requirement of the decree appointing him such receiver. He recovered in the court below. An appeal followed to this court.

The principles announced in the main case necessitate a reversal of the decree and dismissal of the bill in this subordinate case, and it is so ordered.